**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| CCA and B, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-00178-TWT |
| | ) | |
| v. | ) | |
| | ) | |
| Anhui Subang Energy Conservation Technology Co., Ltd; baodingshiguofangguomaoyiyouxiangongsi; boluoxianyuanzhouzhenqihanzhiyichang; ChengDuFengJiuHuWangLuoKeJiYouXianGongSi; chengdujunuoriyuewangluokejiyouxiangongsi; chengduniujunqidianzishangwuyouxiangongsi; Chenliusong; chongqingzhifanshangmaoyouxiangongsi; Deng Yuzhen; Dongguan Aimei Effie Garment Co., Ltd.; dongguanshichangpingshengyangbaihuodian; dongguanshixinxingdajidiangongchengyouxiangongsi; DragonRockBK Co. Ltd; Fan hong xia; foshanshichanchengquxujiashangmaoyouxiangongsi; foshanshinanhaiquliaorongdixudianchidian; Guangzhou Haihong Electronic Technology Co Ltd; guangzhou junyun maoyiyouxiangongsi; Guangzhou Kanglan Maoyi Youxian Gongsi; guangzhoubitumaoyiyouxiangongsi; GuangZhouGaoLuoMaoYiYouXianGongSi; guangzhouhechunmaoyiyouxiangongsi; guangzhouhongshengkejiyouxiangongsi; GuangZhouShi BiMaWen QiYeGuanLiFuWu Co.Ltd; guangzhoushi yiqiangkeji youxiangongsi; Guizhou Anshun Development Zone Yingqi Trade Co.,; haikoulinghonghongkejiyouxiangongsi; haikoulonghuadingsuruibaihuodian; haikouqiongshanquxundaizibaihuoshanghang; hainanwanlinlongrunshangwuzhongxin/gerenduzi/; Hainanxikaruishangmaoyouxiangongsi; hainanxingyuandianzikejiyouxiangongsi; HanDanShiYongNianQuLiangShuangMaoYiYouXianGongSi; hefei chimian shangmao youxiangongsi; Hefei GeLinRuiEr Network Technology Co., Ltd.; HEFEI HUIBANGRONGCHUANG WANGLUOKEJI YOUXIANGONGSI; Hefei Xingna Xinxikeji Youxiangongsi; Hefei XunTi Technology Co., Ltd.; hefeiancidianzishangwuyouxiangongsi; hefeishengyuwangluokejiyouxiangongsi; henandanghuidianzikejiyouxiangongsi; Housester; huang shi | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| ben qin shang mao you xian gong si; huang shi chen yu shang mao you xian gong si; huarongyonglijiancaiyouxiangongsi; hubeisiqikedianzishangwuyouxiangongsi; Jay's one Co. Ltd; jiang chunyi; jiawangquwokedianzishangwubu; JIN LING; jiningchaorenshangmaoyouxiangongsi; jiyuanshiyixiaomaoyiyouxiangongsi; junwen huang; JyBol Co. Ltd; kelanxianhuashengshangchengxiulinneiyizu; laiwunonggaoqugaodongxigaodianjingyingbu; lingbaotujinbaihuoyouxiangongsi; liulei; luoyangshi zhengmeishangmaoyouxiangongsi; mahongyu; NAM XUAN NGO; Ningbo Lvtu E-Commerce Co., Ltd.; Ningbo Mengaisen Jinchukou Youxian Gongsi; NIYPSX; PENGXU TRADING LLC; Purple Star Inc; qing yang tian lu shang mao you xian gong si; qing yang yun mao kai cheng shang mao you xian gon; qing yang zhi rui hang shang mao you xian gong si; quanzhoushisitiaorenmaoyiyouxiangongsi; Quy Van Nguyen; ruzhoushichenyanshangmaoyouxiangongsi; ruzhoushilongfengshanghang; ruzhoushiqingxishangmaoyouxiangongsi; Shangqiu Heming wangluokejiyouxiangongsi; shangqiuaimaxunshangmaoyouxiangongsi; shangqiuhuaoushangmaoyouxiangongsi; ShangQiuPengLuShangMaoYouXianGongSi; shangqiushimaipinriyongbaihuoyouxiangongsi; shangqiusixunshangmaoyouxiangongsi; shangqiuwanyongshangmaoyouxiangongsi; ShanXiPeiGuangDianZiShangWuYouXianGongSi; Shen zhen ilike E-Commerce Co., Ltd; shenzhencaiyilianmaoyiyouxiangongsi; SHENZHENSHI FANRUI WANGLUOKEJI YOUXIANGONGSI; Shenzhenshi Jiasiqi Technology Youxian Gongsi; shenzhenshi xintongliukejiyouxiangongsi; Shenzhenshigeduowangluokejiyouxiangongsi; shenzhenshihuishengjianzhulaowuyouxiangongsi; shenzhenshijiachengxingdianzishangwuyouxiangongsi; shenzhenshijingxuangongyinglianguanliyouxiangonsi; shenzhenshirongshengmaoyikejiyouxiangongsi; shenzhenshishijinwangluokejiyouxiangongsi; shenzhenshiyingyuemaoyiyouxiangongsi; shenzhenshiyixuankejiyouxiangongsi; shenzhenshiyongjieshugongyipinyouxiangongsi; shenzhenshiyutingwangluokejiyouxiangongsi; shenzhentailiwangluokejiyouxiangongsi; shijiazhuangjinmushangmaoyouxiangongsi; songyuanshiyuhangdianzishangwuyouxiangongsi; suiningaosongxuedianzishangwuyouxiangongsi; suyiting; SZ boijang; TaiAnJingMaiQuanShangMaoYouXianGongSi; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| Takefuns; THACH NGOC NGUYEN; tongxiangshizhouquanyiluntiyuyongpinchang; wenshangnuozhiwujinlaobaodian; wubin; wufengqinlubaihuojingyingbu; wuhanchenxingyouchuangdianzishangwuyouxiangongsi; WuHanLiZuDianKeJiYouXianGongSi; WuHanQingWanShiKeJiYouXianGongSi; wuhanshengyunyouzhinengkejiyouxiangongsi; wuhuliangsishangmaoyouxiangongsi; wuhushiaisensidianzishangwuyouxiangongsi; xi an yao wo mai guo mao yi you xian gong si; xiamenshuoyishangmaoyouxiangongsi; xiangtanliuxuanjumaoyiyouxiangongsi; Xiaoxin Liang; xieyao; Yichang Teng Nuodi Trading Co., Ltd.; yingchun liu; yingshangxianzhanglingfuyangjuanmodian; Yiwu Jiapeng Commodity Co., LTD; Yiwu Tianbo Electronic Commerce Co.,LTD; Yiwu Xiehou Jewelry Co.Ltd; YIWUSHIQINGXIEDIANZISHANGWUYOUXIANGON GSI; Yiyun Cross-border E-commerce Co., Limited; yongchengshiruwangxishangmaoyouxiangongsi; YONGYU YU; yuanpingshiqiaojieshangmaoyouxiangongsi; YuanPingXinRanShangMaoYouXianGongsi; Yunnanquemengshangmaoyouxiangongsi; yuxianxinyuanchaoshifuwudian; Zeeyh; zhengzhougetengshangmaoyouxiangongsi; zhengzhouguiyongshangmaoyouxiangongsi; zhengzhoulinshuishangmaoyouxiangongsi; zhengzhoushierqiquyunbeiriyongbaihuoshanghang; zhengzhoushiguanchenghuizuquyuluobaihuoshanghang; ZHENGZHOUSHIZHENGDONGXINQURONGZEFEN GBAIHUODIAN; zhengzhouxiaosanxiaoshangmaoyouxiangongsi; zhijiangshilunwushangmaoyouxiangongsi; and Zhiliang Li,<br>                                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Darren Heitner of the law firm of Heitner Legal P.L.L.C. hereby enters his appearance as counsel for the Defendants listed below in the above-captioned matter. All correspondence, pleadings, and Court notices should be served upon him accordingly.

**Hefei GeLinRuiEr Network Technology Co., Ltd**

**Hefei XunTi Technology Co., Ltd**

**hefeiancidianzishangwuyouxiangongsi**

March 31, 2023                                              Respectfully submitted,

/s/Darren Heitner
HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Fort Lauderdale, FL 33301
darren@heitnerlegal.com
Ph.      (954) 558-6999

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof on March 31, 2023.

/s/Darren Heitner
HEITNER LEGAL, P.L.L.C.