IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CCA AND B, LLC,**

   *Plaintiff,*

v.

**Anhui Subang Energy Conservation Technology Co., Ltd,** *et al.***,**

   *Defendants.*

Case No. 1:23-cv-178-TWT

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CCA and B, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Hefei GeLinRuiEr Network Technology Co., Ltd.;
2. Hefei XunTi Technology Co., Ltd.;
3. Hefeiancidianzishangwuyouxiangongsi;
4. huang shi chen yu shang mao you xian gong si; and
5. junwen huang.

Dated: April 25, 2023.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Jason H. Cooper*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***