IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CCA AND B, LLC,**

   *Plaintiff,*

   v.

**Anhui Subang Energy Conservation Technology Co., Ltd,** *et al.*,

   *Defendants.*

Case No. 1:23-cv-178-TWT

# DEFAULT JUDGMENT
# AND PERMANENT INJUNCTION

THIS CAUSE came before the Court on Plaintiff's Motion For Default Judgment And Permanent Injunctive Relief Against Defaulting Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defaulting Defendants, as reflected in Exhibit A hereto, are found to have willfully and intentionally manufactured, offered for sale and/or sold in commerce non-genuine goods bearing unauthorized copies of one or more of Plaintiff's federally registered trademarks, or otherwise used a mark that is identical with, or substantially indistinguishable from, one or more of Plaintiff's federally registered trademarks in connection with the advertising and/or sale of non-genuine goods. Further, Defaulting Defendants are found to have willfully and intentionally reproduced, distributed, or displayed substantially similar copies of Plaintiff's copyrighted works or created derivative works based on Plaintiff's copyrighted works.

Therefore, it is hereby **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defaulting Defendants as follows:

1. **Permanent Injunctive Relief – Trademark Infringement**: Those Defaulting Defendants identified on Exhibits B and C hereto ("Defaulting Trademark Defendants") and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation

with Defaulting Trademark Defendants are hereby permanently restrained and enjoined from:

a.  manufacturing or causing to be manufactured, importing, advertising, promoting, distributing, selling, or offering to sell counterfeit and/or infringing goods bearing one or more of Plaintiff's federally registered trademarks, as identified in Paragraphs 13 and 16 of the Complaint ("Plaintiffs' Marks");

b.  using Plaintiff's Marks in connection with the offer for sale or sale of any unauthorized goods;

c.  using any logo and/or layout which may be calculated to falsely advertise the goods or services of Defaulting Trademark Defendants offered for sale or sold through any e-commerce marketplace store, seller identity, or business as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.  falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e.  engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defaulting Trademark Defendants offered for sale or sold via any

e-commerce marketplace store, seller identity, or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

f.  using any reproduction, counterfeit, copy, or colorable imitation of Plaintiff's Marks in connection with the publicity, promotion, sale, or advertising of any goods or services sold by Defaulting Trademark Defendants;

g.  affixing, applying, annexing, or using in connection with the sale of any goods or services a false description or representation, including words or other symbols tending to falsely describe or represent goods or services offered for sale or sold by Defaulting Trademark Defendants as being those of Plaintiff, or in any way endorsed by or associated with Plaintiff;

h.  offering any such counterfeit or infringing goods in commerce and from otherwise unfairly competing with Plaintiff;

i.  using Plaintiff's Marks or any confusingly similar trademarks on or in connection with any e-commerce marketplace store, business, webpage (including as the title of any webpage), advertising links to other websites, search engines' databases or cache memory, and on or in connection with any other form of use of such terms that are visible

     to a computer user or serves to direct computer searches to Internet-based businesses or e-commerce marketplace stores registered by, owned, or operated by Defaulting Trademark Defendants; and

  j. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above and herein.

2. **Permanent Injunctive Relief – Copyright Infringement**: Those Defaulting Defendants identified on Exhibit D hereto ("Defaulting Copyright Defendants") and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with Defaulting Copyright Defendants are hereby permanently restrained and enjoined from:

  a. reproducing, distributing, or displaying substantially similar copies of Plaintiff's registered copyrighted works as identified in Paragraphs 19-21 of the Complaint (the "Copyrighted Works");

  b. creating derivative works based on the Copyrighted Works;

  c. using the Copyrighted Works in connection with the offer for sale or sale of any unauthorized goods; and

5

    d.    effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above and herein.

3. **Statutory Damages for Use of Counterfeit Marks**: Plaintiff is entitled to recover statutory damages from those Defaulting Defendants engaged in the use of counterfeit marks in the amounts reflected in the "Statutory Damages" column of Exhibit B hereto, which represent $25,000 per counterfeit mark per type of good sold or offered by each identified Defaulting Defendant.

4. **Disgorgement of Profits for Use of Colorable Imitations of Plaintiff's Marks:** Plaintiff is entitled to recover damages from those Defaulting Defendants engaged in the use of colorable imitations of Plaintiff's Marks in the amounts reflected in the "Total Damages" column of Exhibit C hereto, which represents each identified Defaulting Defendant's disgorged profits, trebled in light of such Defaulting Defendants' intentional and willful infringement.

5. **Statutory Damages for Copyright Infringement**: Plaintiff is entitled to recover statutory damages from those Defaulting Defendants engaged in copyright infringement in the amounts reflected in the "Statutory Damages"

       column of Exhibit D hereto, which represent a $150,000 award for the reproduction and distribution of counterfeit elf dolls and a $75,000 award each for the reproduction and display of one or more of Plaintiff's Copyrighted Works by each identified Defaulting Defendants.

6. **Asset Freeze Order**: The asset freeze order from the temporary restraining order (D.I. 11) and preliminary injunction (D.I. 17) is continued. Additionally, any financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates receiving notice of this Default Judgment and Permanent Injunction shall immediately freeze any additional moneys or financial assets of Defaulting Defendants in their possessions in full or partial satisfaction of this judgment.

7. **Release of Frozen Funds**: All funds previously restrained by the financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates pursuant to the temporary restraining order and preliminary injunction in this action, together will all funds subsequently frozen pursuant to this Default Judgment and Permanent Injunction, are to be immediately (within 5 business days) transferred to Plaintiff in full or

partial satisfaction of the monetary judgment entered herein. Any such financial institution retaining such funds shall provide to Plaintiff at the time the funds are released, a breakdown reflecting: (i) the total funds restrained identifying the financial account(s) and sub-account(s) which the restrained funds are related to in this matter per Defaulting Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from the funds restrained prior to release; and (iii) total funds released to Plaintiff.

8. Interest from the date this judgment is entered shall accrue at the legal rate. *See* 28 U.S.C. §1961.

9. The Court retains jurisdiction to enforce this Default Judgment and Permanent Injunction.

SO ORDERED this __8th__ of ____August____, 2023.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# LIST OF ALL DEFAULTING DEFENDANTS

| |
|---|
| baodingshiguofangguomaoyiyouxiangongsi |
| ChengDuFengJiuHuWangLuoKeJiYouXianGongSi |
| chengduniujunqidianzishangwuyouxiangongsi |
| chongqingzhifanshangmaoyouxiangongsi |
| Deng Yuzhen |
| Dongguan Aimei Effie Garment Co., Ltd. |
| dongguanshichangpingshengyangbaihuodian |
| Fan hong xia |
| foshanshichanchengquxujiashangmaoyouxiangongsi |
| Guangzhou Haihong Electronic Technology Co Ltd |
| guangzhou junyun maoyiyouxiangongsi |
| guangzhoubitumaoyiyouxiangongsi |
| GuangZhouGaoLuoMaoYiYouXianGongSi |
| guangzhoushi yiqiangkeji youxiangongsi |
| Guizhou Anshun Development Zone Yingqi Trade Co., |
| haikoulinghonghongkejiyouxiangongsi |
| haikoulonghuadingsuruibaihuodian |
| haikouqiongshanquxundaizibaihuoshanghang |
| hainanwanlinlongrunshangwuzhongxin/gerenduzi/ |
| Hainanxikaruishangmaoyouxiangongsi |
| hainanxingyuandianzikejiyouxiangongsi |
| henandanghuidianzikejiyouxiangongsi |
| Housester |
| huang shi ben qin shang mao you xian gong si |
| Jay's one Co. Ltd |
| jiawangquwokedianzishangwubu |
| JIN LING |
| jiningchaorenshangmaoyouxiangongsi |
| jiyuanshiyixiaomaoyiyouxiangongsi |
| JyBol Co. Ltd |
| kelanxianhuashengshangchengxiulinneiyizu |
| laiwunonggaoqugaodongxigaodianjingyingbu |

| |
|---|
| lingbaotujinbaihuoyouxiangongsi |
| liulei |
| luoyangshi zhengmeishangmaoyouxiangongsi |
| mahongyu |
| NAM XUAN NGO |
| NIYPSX |
| qing yang yun mao kai cheng shang mao you xian gon |
| qing yang zhi rui hang shang mao you xian gong si |
| Quy Van Nguyen |
| ruzhoushichenyanshangmaoyouxiangongsi |
| ruzhoushilongfengshanghang |
| ruzhoushiqingxishangmaoyouxiangongsi |
| Shangqiu Heming wangluokejiyouxiangongsi |
| shangqiuaimaxunshangmaoyouxiangongsi |
| shangqiuhuaoushangmaoyouxiangongsi |
| ShangQiuPengLuShangMaoYouXianGongSi |
| shangqiushimaipinriyongbaihuoyouxiangongsi |
| shangqiusixunshangmaoyouxiangongsi |
| shangqiuwanyongshangmaoyouxiangongsi |
| ShanXiPeiGuangDianZiShangWuYouXianGongSi |
| shenzhencaiyilianmaoyiyouxiangongsi |
| shenzhenshi xintongliukejiyouxiangongsi |
| shenzhenshihuishengjianzhulaowuyouxiangongsi |
| shenzhenshijingxuangongyinglianguanliyouxiangonsi |
| shenzhenshirongshengmaoyikejiyouxiangongsi |
| shenzhenshiyingyuemaoyiyouxiangongsi |
| shenzhentailiwangluokejiyouxiangongsi |
| shijiazhuangjinmushangmaoyouxiangongsi |
| songyuanshiyuhangdianzishangwuyouxiangongsi |
| TaiAnJingMaiQuanShangMaoYouXianGongSi |
| Takefuns |
| THACH NGOC NGUYEN |
| tongxiangshizhouquanyiluntiyuyongpinchang |
| wenshangnuozhiwujinlaobaodian |
| wubin |
| wufengqinlubaihuojingyingbu |

| |
|---|
| wuhanchenxingyouchuangdianzishangwuyouxiangongsi |
| WuHanLiZuDianKeJiYouXianGongSi |
| WuHanQingWanShiKeJiYouXianGongSi |
| wuhushiaisensidianzishangwuyouxiangongsi |
| xi an yao wo mai guo mao yi you xian gong si |
| xiamenshuoyishangmaoyouxiangongsi |
| Yichang Teng Nuodi Trading Co., Ltd. |
| yingchun liu |
| yingshangxianzhanglingfuyangjuanmodian |
| Yiwu Tianbo Electronic Commerce Co.,LTD |
| YIWUSHIQINGXIEDIANZISHANGWUYOUXIANGONGSI |
| yongchengshiruwangxishangmaoyouxiangongsi |
| YONGYU YU |
| YuanPingXinRanShangMaoYouXianGongsi |
| Yunnanquemengshangmaoyouxiangongsi |
| yuxianxinyuanchaoshifuwudian |
| Zeeyh |
| zhengzhougetengshangmaoyouxiangongsi |
| zhengzhouguiyongshangmaoyouxiangongsi |
| zhengzhoulinshuishangmaoyouxiangongsi |
| zhengzhoushierqiquyunbeiriyongbaihuoshanghang |
| zhengzhoushiguanchenghuizuquyuluobaihuoshanghang |
| ZHENGZHOUSHIZHENGDONGXINQURONGZEFENGBAIHUODIAN |
| zhengzhouxiaosanxiaoshangmaoyouxiangongsi |
| zhijiangshilunwushangmaoyouxiangongsi |

# EXHIBIT B

# DAMAGES CALCULATIONS FOR DEFAULTING DEFENDANTS ENGAGED IN USE OF COUNTERFEIT TRADEMARKS

| Defaulting Trademark Defendant | # Marks | # Goods | Statutory Damages |
|---|---|---|---|
| chengduniujunqidianzishangwuyouxiangongsi | 1 | 1 | $ 25,000.00 |
| dongguanshichangpingshengyangbaihuodian | 1 | 1 | $ 25,000.00 |
| Fan hong xia | 1 | 1 | $ 25,000.00 |
| foshanshichanchengquxujiashangmaoyouxiangongsi | 2 | 1 | $ 50,000.00 |
| Guangzhou Haihong Electronic Technology Co Ltd | 1 | 1 | $ 25,000.00 |
| guangzhou junyun maoyiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| guangzhoubitumaoyiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| GuangZhouGaoLuoMaoYiYouXianGongSi | 1 | 1 | $ 25,000.00 |
| guangzhoushi yiqiangkeji youxiangongsi | 1 | 1 | $ 25,000.00 |
| Guizhou Anshun Development Zone Yingqi Trade Co., | 1 | 1 | $ 25,000.00 |
| haikoulinghonghongkejiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| haikouqiongshanquxundaizibaihuoshanghang | 1 | 1 | $ 25,000.00 |
| hainanwanlinlongrunshangwuzhongxin/grindie/ | 2 | 1 | $ 50,000.00 |
| Hainanxikaruishangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| hainanxingyuandianzikejiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| Housester | 1 | 1 | $ 25,000.00 |
| Jay's one Co. Ltd | 1 | 1 | $ 25,000.00 |
| jiawangquwokedianzishangwubu | 1 | 1 | $ 25,000.00 |
| JIN LING | 1 | 1 | $ 25,000.00 |
| jiningchaorenshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| laiwunonggaoqugaodongxigaodianjingyingbu | 1 | 1 | $ 25,000.00 |
| lingbaotujinbaihuoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| luoyangshi zhengmeishangmaoyouxiangongsi | 2 | 1 | $ 50,000.00 |
| mahongyu | 1 | 1 | $ 25,000.00 |
| ruzhoushichenyanshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| ruzhoushilongfengshanghang | 1 | 1 | $ 25,000.00 |
| ruzhoushiqingxishangmaoyouxiangongsi | 2 | 1 | $ 50,000.00 |
| Shangqiu Heming wangluokejiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shangqiuaimaxunshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shangqiuhuaoushangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |

| Defaulting Trademark Defendant | # Marks | # Goods | Statutory Damages |
|---|---|---|---|
| ShangQiuPengLuShangMaoYouXianGongSi | 1 | 1 | $ 25,000.00 |
| shangqiushimaipinriyongbaihuoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shangqiusixunshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shangqiuwanyongshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shenzhenshihuishengjianzhulaowuyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shenzhenshirongshengmaoyikejiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shenzhenshiyingyuemaoyiyouxiangongsi | 2 | 1 | $ 50,000.00 |
| shenzhentailiwangluokejiyouxiangongsi | 1 | 1 | $ 25,000.00 |
| shijiazhuangjinmushangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| TaiAnJingMaiQuanShangMaoYouXianGongSi | 1 | 1 | $ 25,000.00 |
| tongxiangshizhouquanyiluntiyuyongpinchang | 2 | 1 | $ 50,000.00 |
| wenshangnuozhiwujinlaobaodian | 2 | 1 | $ 50,000.00 |
| wubin | 1 | 1 | $ 25,000.00 |
| wufengqinlubaihuojingyingbu | 1 | 1 | $ 25,000.00 |
| WuHanLiZuDianKeJiYouXianGongSi | 1 | 1 | $ 25,000.00 |
| WuHanQingWanShiKeJiYouXianGongSi | 2 | 1 | $ 50,000.00 |
| wuhushiaisensidianzishangwuyouxiangongsi | 2 | 1 | $ 50,000.00 |
| xi an yao wo mai guo mao yi you xian gong si | 1 | 1 | $ 25,000.00 |
| xiamenshuoyishangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| Yichang Teng Nuodi Trading Co., Ltd. | 2 | 1 | $ 50,000.00 |
| yingchun liu | 2 | 1 | $ 50,000.00 |
| yingshangxianzhanglingfuyangjuanmodian | 1 | 1 | $ 25,000.00 |
| yongchengshiruwangxishangmaoyouxiangongsi | 2 | 1 | $ 50,000.00 |
| YuanPingXinRanShangMaoYouXianGongSi | 1 | 1 | $ 25,000.00 |
| yuxianxinyuanchaoshifuwudian | 2 | 1 | $ 50,000.00 |
| zhengzhougetengshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| zhengzhouguiyongshangmaoyouxiangongsi | 1 | 1 | $ 25,000.00 |
| zhengzhoushierqiquyunbeiriyongbaihuoshanghang | 2 | 1 | $ 50,000.00 |
| zhengzhoushiguanchenghuizuquyuluobaihuoshanghang | 1 | 1 | $ 25,000.00 |
| zhengzhouxiaosanxiaoshangmaoyouxiangongsi | 2 | 1 | $ 50,000.00 |

# EXHIBIT C

# DAMAGES CALCULATIONS FOR DEFAULTING DEFENDANTS ENGAGED IN USE OF COLORABLE IMITATIONS OF PLAINTIFF'S MARKS

| Defaulting Trademark Defendant | Sales | Total Damages |
|---|---:|---:|
| chongqingzhifanshangmaoyouxiangongsi | $ 48.01 | $ 144.03 |
| Deng Yuzhen | $ 48,215.96 | $ 144,647.88 |
| Dongguan Aimei Effie Garment Co., Ltd. | $ 4,541.65 | $ 13,624.95 |
| haikoulonghuadingsuruibaihuodian | $ 18.50 | $ 55.50 |
| NAM XUAN NGO | $ 29.66 | $ 88.98 |
| NIYPSX | $ 45,036.23 | $ 135,108.69 |
| qing yang yun mao kai cheng shang mao you xian gon | $ 681.30 | $ 2043.90 |
| qing yang zhi rui hang shang mao you xian gong si | $ 494.11 | $ 1482.33 |
| Quy Van Nguyen | $ 28.67 | $ 86.01 |
| shenzhencaiyilianmaoyiyouxiangongsi | $ 310.78 | $ 932.34 |
| shenzhenshijingxuangongyinglianguanliyouxiangonsi | $ 76.38 | $ 229.14 |
| THACH NGOC NGUYEN | $ 26.48 | $ 79.44 |
| wuhanchenxingyouchuangdianzishangwuyouxiangongsi | $ 240.05 | $ 720.15 |
| Yiwu Tianbo Electronic Commerce Co.,LTD | $ 11,309.19 | $ 33,927.57 |
| YIWUSHIQINGXIEDIANZISHANGWUYOUXIANGONGSI | $ 6,274.84 | $ 18,824.52 |
| YONGYU YU | $ 12,550.59 | $ 37,651.77 |
| Yunnanquemengshangmaoyouxiangongsi | $ 104.13 | $ 312.39 |
| ZHENGZHOUSHIZHENGDONGXINQURONGZEFENGBAIHUODIAN | $ 866.24 | $ 2598.72 |
| Zhijiangshilunwushangmaoyouxiangongsi | $ 21.17 | $ 63.51 |

# EXHBIT D

## DAMAGES CALCULATIONS FOR DEFAULTING DEFENDANTS ENGAGED IN COPYRIGHT INFRINGEMENT

| Defaulting Copyright Defendant | # Copyrighted Works | Statutory Damages |
|---|---|---|
| baodingshiguofangguomaoyiyouxiangongsi | 1 | $ 75,000.00 |
| ChengDuFengJiuHuWangLuoKeJiYouXianGongSi | 1 | $ 75,000.00 |
| chengduniujunqidianzishangwuyouxiangongsi | 2 | $ 150,000.00 |
| Deng Yuzhen | 2 | $ 150,000.00 |
| dongguanshichangpingshengyangbaihuodian | 2 | $ 150,000.00 |
| Fan hong xia | 2 | $ 150,000.00 |
| foshanshichanchengquxujiashangmaoyouxiangongsi | 2 | $ 150,000.00 |
| Guangzhou Haihong Electronic Technology Co Ltd | 1 | $ 75,000.00 |
| guangzhoubitumaoyiyouxiangongsi | 2 | $ 150,000.00 |
| GuangZhouGaoLuoMaoYiYouXianGongSi | 2 | $ 150,000.00 |
| Guizhou Anshun Development Zone Yingqi Trade Co., | 2 | $ 150,000.00 |
| haikoulinghonghongkejiyouxiangongsi | 2 | $ 150,000.00 |
| haikouqiongshanquxundaizibaihuoshanghang | 2 | $ 150,000.00 |
| hainanwanlinlongrunshangwuzhongxin/gerenduzi/ | 2 | $ 150,000.00 |
| Hainanxikaruishangmaoyouxiangongsi | 2 | $ 150,000.00 |
| hainanxingyuandianzikejiyouxiangongsi | 2 | $ 150,000.00 |
| henandanghuidianzikejiyouxiangongsi | 1 | $ 75,000.00 |
| Housester | 2 | $ 150,000.00 |
| huang shi ben qin shang mao you xian gong si | 1 | $ 75,000.00 |
| Jay's one Co. Ltd | 2 | $ 150,000.00 |
| jiawangquwokedianzishangwubu | 2 | $ 150,000.00 |
| JIN LING | 1 | $ 75,000.00 |
| jiningchaorenshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| jiyuanshiyixiaomaoyiyouxiangongsi | 2 | $ 150,000.00 |
| JyBol Co. Ltd | 1 | $ 75,000.00 |
| kelanxianhuashengshangchengxiulinneiyizu | 1 | $ 75,000.00 |
| laiwunonggaoqugaodongxigaodianjingyingbu | 2 | $ 150,000.00 |
| lingbaotujinbaihuoyouxiangongsi | 2 | $ 150,000.00 |
| liulei | 1 | $ 75,000.00 |
| luoyangshi zhengmeishangmaoyouxiangongsi | 2 | $ 150,000.00 |

| **Defaulting Copyright Defendant** | # Copyrighted Works | Statutory Damages |
|---|---:|---:|
| mahongyu | 2 | $ 150,000.00 |
| NAM XUAN NGO | 1 | $ 75,000.00 |
| Quy Van Nguyen | 1 | $ 75,000.00 |
| ruzhoushichenyanshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| ruzhoushilongfengshanghang | 2 | $ 150,000.00 |
| ruzhoushiqingxishangmaoyouxiangongsi | 1(doll) + 2 | $ 300,000.00 |
| Shangqiu Heming wangluokejiyouxiangongsi | 2 | $ 150,000.00 |
| shangqiuaimaxunshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| shangqiuhuaoushangmaoyouxiangongsi | 2 | $ 150,000.00 |
| ShangQiuPengLuShangMaoYouXianGongSi | 2 | $ 150,000.00 |
| shangqiushimaipinriyongbaihuoyouxiangongsi | 2 | $ 150,000.00 |
| shangqiusixunshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| shangqiuwanyongshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| ShanXiPeiGuangDianZiShangWuYouXianGongSi | 1 | $ 75,000.00 |
| shenzhenshi xintongliukejiyouxiangongsi | 1 | $ 75,000.00 |
| shenzhenshihuishengjianzhulaowuyouxiangongsi | 2 | $ 150,000.00 |
| shenzhenshijingxuangongyinglianguanliyouxiangonsi | 1 | $ 75,000.00 |
| shenzhenshiyingyuemaoyiyouxiangongsi | 2 | $ 150,000.00 |
| shenzhentailiwangluokejiyouxiangongsi | 2 | $ 150,000.00 |
| shijiazhuangjinmushangmaoyouxiangongsi | 2 | $ 150,000.00 |
| songyuanshiyuhangdianzishangwuyouxiangongsi | 1 | $ 75,000.00 |
| TaiAnJingMaiQuanShangMaoYouXianGongSi | 2 | $ 150,000.00 |
| Takefuns | 1 | $ 75,000.00 |
| THACH NGOC NGUYEN | 1 | $ 75,000.00 |
| tongxiangshizhouquanyiluntiyuyongpinchang | 2 | $ 150,000.00 |
| wenshangnuozhiwujinlaobaodian | 2 | $ 150,000.00 |
| wubin | 2 | $ 150,000.00 |
| wufengqinlubaihuojingyingbu | 2 | $ 150,000.00 |
| WuHanLiZuDianKeJiYouXianGongSi | 1 | $ 75,000.00 |
| WuHanQingWanShiKeJiYouXianGongSi | 2 | $ 150,000.00 |
| wuhushiaisensidianzishangwuyouxiangongsi | 2 | $ 150,000.00 |
| xi an yao wo mai guo mao yi you xian gong si | 2 | $ 150,000.00 |
| xiamenshuoyishangmaoyouxiangongsi | 2 | $ 150,000.00 |
| Yichang Teng Nuodi Trading Co., Ltd. | 1(doll) + 2 | $ 300,000.00 |

| Defaulting Copyright Defendant | # Copyrighted Works | Statutory Damages |
|---|---|---|
| yingchun liu | 2 | $ 150,000.00 |
| yingshangxianzhanglingfuyangjuanmodian | 2 | $ 150,000.00 |
| Yiwu Tianbo Electronic Commerce Co.,LTD | 1 | $ 75,000.00 |
| YIWUSHIQINGXIEDIANZISHANGWUYOUXIANGONGSI | 1 | $ 75,000.00 |
| yongchengshiruwangxishangmaoyouxiangongsi | 2 | $ 150,000.00 |
| YONGYU YU | 1 | $ 75,000.00 |
| YuanPingXinRanShangMaoYouXianGongsi | 2 | $ 150,000.00 |
| yuxianxinyuanchaoshifuwudian | 2 | $ 150,000.00 |
| Zeeyh | 1 | $ 75,000.00 |
| zhengzhougetengshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| zhengzhouguiyongshangmaoyouxiangongsi | 2 | $ 150,000.00 |
| zhengzhoulinshuishangmaoyouxiangongsi | 1 | $ 75,000.00 |
| zhengzhoushierqiquyunbeiriyongbaihuoshanghang | 2 | $ 150,000.00 |
| zhengzhoushiguanchenghuizuquyuluobaihuoshanghang | 2 | $ 150,000.00 |
| zhengzhouxiaosanxiaoshangmaoyouxiangongsi | 2 | $ 150,000.00 |

# EXHBIT E

# COMBINED TRADEMARK AND COPYRIGHT DAMAGES FOR ALL DEFAULTING DEFENDANTS

| DEFAULTING DEFENDANT | TOTAL DAMAGES |
|---|---|
| baodingshiguofangguomaoyiyouxiangongsi | $ 75,000.00 |
| ChengDuFengJiuHuWangLuoKeJiYouXianGongSi | $ 75,000.00 |
| chengduniujunqidianzishangwuyouxiangongsi | $ 175,000.00 |
| chongqingzhifanshangmaoyouxiangongsi | $ 144.03 |
| Deng Yuzhen | $ 294,647.88 |
| Dongguan Aimei Effie Garment Co., Ltd. | $ 13,624.95 |
| dongguanshichangpingshengyangbaihuodian | $ 175,000.00 |
| Fan hong xia | $ 175,000.00 |
| foshanshichanchengquxujiashangmaoyouxiangongsi | $ 200,000.00 |
| Guangzhou Haihong Electronic Technology Co Ltd | $ 100,000.00 |
| guangzhou junyun maoyiyouxiangongsi | $ 25,000.00 |
| guangzhoubitumaoyiyouxiangongsi | $ 175,000.00 |
| GuangZhouGaoLuoMaoYiYouXianGongSi | $ 175,000.00 |
| guangzhoushi yiqiangkeji youxiangongsi | $ 25,000.00 |
| Guizhou Anshun Development Zone Yingqi Trade Co., | $ 175,000.00 |
| haikoulinghonghongkejiyouxiangongsi | $ 175,000.00 |
| haikoulonghuadingsuruibaihuodian | $ 55.50 |
| haikouqiongshanquxundaizibaihuoshanghang | $ 175,000.00 |
| hainanwanlinlongrunshangwuzhongxin/gerenduzi/ | $ 200,000.00 |
| Hainanxikaruishangmaoyouxiangongsi | $ 175,000.00 |
| hainanxingyuandianzikejiyouxiangongsi | $ 175,000.00 |
| henandanghuidianzikejiyouxiangongsi | $ 75,000.00 |
| Housester | $ 175,000.00 |
| huang shi ben qin shang mao you xian gong si | $ 75,000.00 |
| Jay's one Co. Ltd | $ 175,000.00 |
| jiawangquwokedianzishangwubu | $ 175,000.00 |
| JIN LING | $ 100,000.00 |
| jiningchaorenshangmaoyouxiangongsi | $ 175,000.00 |
| jiyuanshiyixiaomaoyiyouxiangongsi | $ 150,000.00 |
| JyBol Co. Ltd | $ 75,000.00 |

| DEFAULTING DEFENDANT | TOTAL DAMAGES |
|---|---|
| kelanxianhuashengshangchengxiulinneiyizu | $ 75,000.00 |
| laiwunonggaoqugaodongxigaodianjingyingbu | $ 175,000.00 |
| lingbaotujinbaihuoyouxiangongsi | $ 175,000.00 |
| liulei | $ 75,000.00 |
| luoyangshi zhengmeishangmaoyouxiangongsi | $ 200,000.00 |
| mahongyu | $ 175,000.00 |
| NAM XUAN NGO | $ 75,088.98 |
| NIYPSX | $ 135,108.69 |
| qing yang yun mao kai cheng shang mao you xian gon | $ 2043.90 |
| qing yang zhi rui hang shang mao you xian gong si | $ 1482.33 |
| Quy Van Nguyen | $ 75,086.01 |
| ruzhoushichenyanshangmaoyouxiangongsi | $ 175,000.00 |
| ruzhoushilongfengshanghang | $ 175,000.00 |
| ruzhoushiqingxishangmaoyouxiangongsi | $ 350,000.00 |
| Shangqiu Heming wangluokejiyouxiangongsi | $ 175,000.00 |
| shangqiuaimaxunshangmaoyouxiangongsi | $ 175,000.00 |
| shangqiuhuaoushangmaoyouxiangongsi | $ 175,000.00 |
| ShangQiuPengLuShangMaoYouXianGongSi | $ 175,000.00 |
| shangqiushimaipinriyongbaihuoyouxiangongsi | $ 175,000.00 |
| shangqiusixunshangmaoyouxiangongsi | $ 175,000.00 |
| shangqiuwanyongshangmaoyouxiangongsi | $ 175,000.00 |
| ShanXiPeiGuangDianZiShangWuYouXianGongSi | $ 75,000.00 |
| shenzhencaiyilianmaoyiyouxiangongsi | $ 932.34 |
| shenzhenshi xintongliukejiyouxiangongsi | $ 75,000.00 |
| shenzhenshihuishengjianzhulaowuyouxiangongsi | $ 175,000.00 |
| shenzhenshijingxuangongyinglianguanliyouxiangonsi | $ 75,229.14 |
| shenzhenshirongshengmaoyikejiyouxiangongsi | $ 25,000.00 |
| shenzhenshiyingyuemaoyiyouxiangongsi | $ 200,000.00 |
| shenzhentailiwangluokejiyouxiangongsi | $ 175,000.00 |
| shijiazhuangjinmushangmaoyouxiangongsi | $ 175,000.00 |
| songyuanshiyuhangdianzishangwuyouxiangongsi | $ 75,000.00 |
| TaiAnJingMaiQuanShangMaoYouXianGongSi | $ 175,000.00 |
| Takefuns | $ 75,000.00 |
| THACH NGOC NGUYEN | $ 75,079.44 |
| tongxiangshizhouquanyiluntiyuyongpinchang | $ 200,000.00 |

| DEFAULTING DEFENDANT | TOTAL DAMAGES |
|---|---|
| wenshangnuozhiwujinlaobaodian | $ 200, 000.00 |
| wubin | $ 175, 000.00 |
| wufengqinlubaihuojingyingbu | $ 175, 000.00 |
| wuhanchenxingyouchuangdianzishangwuyouxiangongsi | $ 75,720.15 |
| WuHanLiZuDianKeJiYouXianGongSi | $ 100, 000.00 |
| WuHanQingWanShiKeJiYouXianGongSi | $ 200, 000.00 |
| wuhushiaisensidianzishangwuyouxiangongsi | $ 200, 000.00 |
| xi an yao wo mai guo mao yi you xian gong si | $ 175, 000.00 |
| xiamenshuoyishangmaoyouxiangongsi | $ 175, 000.00 |
| Yichang Teng Nuodi Trading Co., Ltd. | $ 350, 000.00 |
| yingchun liu | $ 200, 000.00 |
| yingshangxianzhanglingfuyangjuanmodian | $ 175, 000.00 |
| Yiwu Tianbo Electronic Commerce Co.,LTD | $ 108,927.57 |
| YIWUSHIQINGXIEDIANZISHANGWUYOUXIANGONGSI | $ 93,824.52 |
| yongchengshiruwangxishangmaoyouxiangongsi | $ 200, 000.00 |
| YONGYU YU | $ 112,651.77 |
| YuanPingXinRanShangMaoYouXianGongSi | $ 175, 000.00 |
| Yunnanquemengshangmaoyouxiangongsi | $ 312.39 |
| yuxianxinyuanchaoshifuwudian | $ 200, 000.00 |
| Zeeyh | $ 75, 000.00 |
| zhengzhougetengshangmaoyouxiangongsi | $ 175, 000.00 |
| zhengzhouguiyongshangmaoyouxiangongsi | $ 175, 000.00 |
| zhengzhoulinshuishangmaoyouxiangongsi | $ 75, 000.00 |
| zhengzhoushierqiquyunbeiriyongbaihuoshanghang | $ 200, 000.00 |
| zhengzhoushiguanchenghuizuquyuluobaihuoshanghang | $ 175, 000.00 |
| ZHENGZHOUSHIZHENGDONGXINQURONGZEFENGBAIHUODIAN | $ 2598.72 |
| zhengzhouxiaosanxiaoshangmaoyouxiangongsi | $ 200, 000.00 |
| zhijiangshilunwushangmaoyouxiangongsi | $ 63.51 |